IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIA ALEXANDER, 409013, ) | |
| ) | |
| Plaintiff(s), ) | No. C 12-2485 CRB (PR) |
| ) | |
| vs. ) | ORDER OF TRANSFER |
| ) | |
| SAN LUIS OBISPO COUNTY JAIL, ) | (Docket # 5) |
| ) | |
| Defendant(s). ) | |
| ) | |

Plaintiff, a prisoner at the San Luis Obispo County Jail, has filed a pro se complaint under 42 U.S.C. § 1983. A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendant named resides, in the County of San Luis Obispo, which lies within the venue of the Central District of California, Western Division. See 28 U.S.C. § 84(c)(2). Venue therefore properly lies in the Central District, Western Division. See id. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Central District of California, Western Division.

The clerk shall transfer this matter and terminate all pending motions as moot.

SO ORDERED.

DATED: June 1, 2012

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.12\Alexander, M.12-2485.transfer.wpd